UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHADOW LAKE MANAGEMENT** | * | **CIVIL ACTION NO. 06-4357** |
| **COMPANY, INC. and** | * | **C/W 06-4358** |
| **RELAIS ESPLANADE, L.L.C.** | * | **C/W 06-4359**   **"ALL CASES"** |
| | * | **C/W 06-4360** |
| **VERSUS** | * | **C/W 06-4428** |
| | * | |
| | * | **SECTION "C"** |
| **LANDMARK AMERICAN** | * | |
| **INSURANCE COMPANY** | * | **MAGISTRATE: (1)** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Motion for Status Conference*:

**IT IS ORDERED**, that a status conference is set for the _____ day of _____, 2007 at _____ o'clock ____. m.

**DENIED**

New Orleans, Louisiana, this __5th__ day of _____February_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

124265.1