UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHADOW LAKE MANAGEMENT COMPANY, | * | CIVIL ACTION: 06-4357 c/w |
| INC. and RELAIS ESPLANADE L.L.C. | * | 06-4358, 06-4359, 06-4360, |
| | * | 06-4428 |
| | * | "ALL CASES" |
| VERSUS | * | JUDGE BERRIGAN |
| | * | SECTION: C "1" |
| LANDMARK AMERICAN INSURANCE | * | MAGISTRATE SHUSHAN |
| COMPANY | * | |
| | * | |
| | * | |

## MEMORANDUM IN SUPPORT OF MOTION TO QUASH NOTICE OF CORPORATE DEPOSITION OF LANDMARK AMERCIAN INSURANCE COMPANY

**MAY IT PLEASE THE COURT:**

Plaintiffs in these consolidated actions, Shadow Lake Management Company, Inc., Relais Esplanade, L.L.C., Carol Sue Apartment, a Louisiana Partnership, Linlake Ventures, a Louisiana Partnership, Parc Fontaine Apartments, Partnership in Commendam, and Parc Fontaine II Apartments, a Partnership in Commendam, unilaterally noticed the corporate deposition of Landmark for May 29, 2007 at 9:00 a.m. at the offices of Breazeale, Sasche and Wilson, L.L.P. in New Orleans, Louisiana.[1]  As set forth below, Landmark objects to plaintiffs' deposition notice of its corporate representative and seeks an Order from this Court quashing the deposition.

---
[1] Exhibit "A".

**LAW AND ARGUMENT**

Landmark respectfully objects to plaintiffs' Notice of Deposition on the grounds that the undersigned has a conflict on May 29, 2007 and is unable to attend the deposition. Specifically, the undersigned has a hearing on a Motion to Recuse in the case captioned *Henri Broadway v. Burl Cain, Warden* bearing docket number 1-93-865 and pending in the 19th Judicial District Court. The aforementioned case involves an Application for Post-Conviction Relief in a death penalty case and the matter cannot be continued. Due to the undersigned unavailability, Landmark respectfully requests that its Motion to Quash be granted.

Secondly, it is noted that plaintiffs unilaterally scheduled the corporate deposition of Landmark to occur in New Orleans. As this Court is aware, the deposition of a corporation by its agents and officers should be taken at its principal place of business when the corporation is not the plaintiff and did not choose the forum for the lawsuit or was not forced to commence at a location away from its headquarters.[2] If a corporation objects to depositions at a location other than its principal place of business, the objection should be sustained unless there are unusual circumstances with justify such an inconvenience to the corporation.[3] Since Landmark's corporate representative is located in Atlanta, Georgia and the corporate deposition of its representative must take place in Atlanta. Accordingly, Landmark respectfully requests an Order from this Court quashing the deposition notice filed by plaintiffs.

---

[2] *Dunn v. Standard Fire Insurance Co.,* 92 F.R.D. 31, 32 (E.D. Tenn. 1981).
[3] *Grey v. Continental Marketing Associates,* 315 F.Supp. 826, 832 (N.D. Ga. 1970).

3

                              Respectfully submitted,

                              /s/ Richard Duplantier Jr.
                              RICHARD DUPLANTIER. (#18874)
                              Email: rduplantier@gjtbs.com
                              MICHAEL LONEGRASS (#28124)
                              Email: mlonegrass@gjtbs.com
                              GALLOWAY, JOHNSON, TOMPKINS,
                              BURR & SMITH
                              701 Poydras Street, 40th Floor
                              New Orleans, Louisiana 70139
                              Telephone: (504) 525-6802
                              Facsimile: (504) 525-2456
                              **Attorneys for Landmark American**
                              **Insurance Company**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of May, 2007 a copy of the foregoing has been forwarded to all counsel of record by filing electronically with the Clerk of Court using the CM/ECF system.

                              /s/ Richard Duplantier Jr.
                                  RICHARD G. DUPLANTIER, JR.