UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORDER

IT IS ORDERED that **ANY** party interested in scheduling an expedited settlement conference with the Magistrate Judge should so advise the Court in writing by letter as soon as possible. The Court will promptly arrange a status conference and assist with scheduling of any settlement conference. The consent of all parties is not required to inform the Court of **ANY** party's interest in pursuing expedited settlement negotiations.

New Orleans, Louisiana, this 7th day of June, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE