UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHADOW LAKE MANAGEMENT COMPANY, INC. et al** | **CIVIL ACTION** <br> **06-4357-HGB-SS** <br> c/w 06-4358; 4359; 4360; and 4428 |
| **VERSUS** | |
| **LANDMARK AMERICAN INSURANCE COMPANY** | |

### ORDER

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT IN CIVIL ACTION NO. 06-4358(Rec. doc. 66)

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT IN CIVIL ACTION NO. 06-4357(Rec. doc. 70)

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT IN CIVIL ACTION NO. 06-4360(Rec. doc. 72)

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT IN CIVIL ACTION NO. 06-4428(Rec. doc. 73)

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT IN CIVIL ACTION NO. 06-4359(Rec. doc. 74)

**GRANTED**

In these five consolidated actions the plaintiffs seek leave to file supplemental and amended complaints.  Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to these motions for leave to amend,

which were set for submission on August 1, 2007, was timely submitted.  Accordingly, these motions are deemed to be unopposed, and, further, it appearing that the motions have merit,

IT IS ORDERED that the plaintiffs' motions for leave to amend (Rec. docs. 66, 70 and 72-74) are GRANTED.[1]  Plaintiffs shall file their supplemental and amending complaints within seven (7) working days of the entry of this order.

New Orleans, Louisiana, this 1st day of August, 2007.

_____
SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.